IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD DILDAY                                                                                           PLAINTIFF

VS.                                         Case No. 04-CV-4093

H. L. PHILLIPS, Miller County Sheriff,
and JEFF BLACK, Warden, Miller County
Detention Center                                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 28, 2005 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 50) Judge Shepherd recommends Plaintiff's claims be dismissed with prejudice. Plaintiff has not filed objections to the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims against Defendants are dismissed with prejudice.

IT IS SO ORDERED, this 16th day of November, 2005.

                                                  /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  U.S. District Court